United States District Court
Southern District of Texas
**ENTERED**
January 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| L. M. TILLEY, J. S. FOSTER, B. C. MILLER, and K. P. MCNABB, § § § Plaintiffs, § § v. § § CANAL BARGE COMPANY, INC. § § Defendant. § § | CIVIL ACTION NO. 4:21-cv-01150 |

## ORDER

After considering the Parties Joint Motion to Extend Deadlines (the "Motion"),

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the pending deadlines for discovery and dispositive and non-dispositive motions are hereby EXTENDED for a period of three weeks; and

IT IS FURTHER ORDERED that the deadlines for this case are as follows:

| Item | Deadline |
|---|---|
| Discovery to be completed by | February 16, 2023 |
| Dispositive and Non-Dispositive Motions: | March 1, 2023 |
| Joint Pre-Trial Order and Motions *In Limine*: | May 1, 2023 |
| Trial will being at 9:00 a.m. | May 8, 2023 |

Houston, Texas, this 30th day of January 2023.

_____
Hon. Keith P. Ellison
United States District Judge

1